# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KATRINA L. KELLY, BENEFICIARY FOR THE ESTATE OF WILLIAM KELLY,** | : : : : | No. 3:16cv1335 (Judge Munley) |
| **Plaintiff** | : : : | |
| v. | : : | |
| **LINCOLN BENEFIT LIFE COMPANY,** | : : : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this 18th day of December 2017, the defendant's motion for summary judgment (Doc. 15) is hereby **GRANTED**. The Clerk of Court is directed to enter judgment in favor of Defendant Lincoln Benefit Life Company and against Katrina L. Kelly, Beneficiary for the Estate of William Kelly. Further, the Clerk of Court is directed to close this case.

                                              **BY THE COURT:**

                                              **s/ James M. Munley**
                                              **JUDGE JAMES M. MUNLEY**
                                              **United States District Court**